IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHLEEN BOWERS,<br><br>            Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE<br>ATHLETIC ASSOCIATION, et al.,<br><br>            Defendants. | CIVIL ACTION NO. 97-2600 (JBS) |

## NOTICE OF WITHDRAWAL OF MOTIONS FOR SANCTIONS

TO:    Honorable Jerome B. Simandle, U.S.D.J.
Mitchell H. Cohen, U.S. Courthouse
1 John F. Gerry Plaza, Room 6010
P.O. Box 888
Camden, NJ 08101

      PLEASE TAKE NOTICE that the undersigned counsel for the National Collegiate Athletic Association ("NCAA") notifies the Court that it withdraws all motions for sanctions filed against the plaintiff and plaintiff's counsel on May 30, 2008, Document #450, along with any other pending motion to which it is a party.

PHLIT/ 955979.1

Dated: August 18, 2008

Respectfully submitted,

s/Daniel H. Aiken
J. Freedley Hunsicker, Jr., Esquire
Daniel H. Aiken, Esquire
Kathryn E. Bisordi, Esquire
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103
daniel.aiken@dbr.com
(215) 988-2700

Attorneys for Defendant National
Collegiate Athletic Association

**SO ORDERED:**

DATED: August 18, 2008

JEROME B. SIMANDLE, U.S.D.J.